UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LERON LEWIS, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC., et al., <br><br> Defendants. | Case No. 3:24-mc-00001-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on a motion for an order to show cause or alternatively a motion for civil contempt against Marlo Gibson (Doc. 1). Hirschbach Motor Line, Inc. and Eric Jerome Cambell Sr. filed the motion on August 18, 2023.

This cause, coming to be heard on the Defendants' Rule 45(g) Motion, due notice having been given and the Court being advised in the premises, it is hereby ordered Hirschbach Motor Lines, Inc.'s and Eric Jerome Campbell, Sr.'s Motion is **GRANTED** (Doc. 1).

For the reasons stated in the parties' motion and in oral arguments before the Court, the Court finds that Marlo Gibson has violated the express and unequivocal commands of a court order. Therefore, the Court **FINDS Marlo Gibson** in **CIVIL CONTEMPT**. To compensate the Defendants for losses caused by his contemptuous conduct, Marlo Gibson is hereby **ORDERED** five-thousand, seven-hundred fifty-two dollars and forty-eight cents (**$5,752.48**), based on the Defendants' costs ($1,262.98) and attorney's fees ($4,489.50).

The Clerk of Court is **DIRECTED** to mail a copy of this order and the forthcoming judgment to the last known address of Marlo Gibson at 1500 Hillcrest Dr., Apt. 1128, Mobile, Alabama, 36695.

**IT IS SO ORDERED.**
**DATED:  February 20, 2024**

                                               *s/ J. Phil Gilbert*
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**