# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LERON LEWIS, Jr., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:24-mc-00001-JPG |
| HIRSCHBACH MOTOR LINES, INC., et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, Marlo Gibson having been found in civil contempt;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of Defendants HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, Sr. against Marlo Gibson in the total amount of five-thousand, seven-hundred fifty-two dollars and forty-eight cents ($5,752.48), based on the Defendants' costs ($1,262.98) and attorney's fees ($4,489.50).

**DATED:** February 20, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE